ALBANY,
Jan. 1814.

GEIB
v.
ICARD.

An affidavit of merits on the part of the defendant, taken *before* the return of the writ against him, or the filing of the declaration, is not sufficient to prevent an inquest being taken by default at the sittings.

GEIB *against* ICARD.

WOODWARD, for the defendant, moved to set aside the inquest taken in this cause, at the *sittings*, in the city of *New-York.* He read an affidavit stating that previous to the sittings, a copy of an affidavit of merits, and notice of its being filed with the clerk of the sittings, were duly served on the plaintiff's attorney, who had noticed the cause for trial as an inquest. (See *Rule of November term*, 1808.)

It appeared that the *capias ad respondendum* in the case was issued the 4th *January*, and returnable the 16th *January*, 1813, and that the declaration was filed the 23d *February*, and special bail put in the 22d *March*, 1813.

The affidavit of merits made by the defendant was taken the 13th *January*, 1813, three days before the return of the writ; and the defendant's attorney stated that the defendant being about to leave the state for the *West Indies*, and being fully apprised of his defence, in the suit commenced against him, made the affidavit of merits to be used, as occasion might require, and that the defendant had not yet returned to the state.

*Johnson*, contra, objected that the affidavit of merits was premature. Until the declaration was filed the defendant could not be presumed to know the grounds of the action, and could not, therefore, be legally advised as to a defence.

*Per Curiam.* The affidavit of a defence on the merits cannot be made before the plaintiff has declared; and the reason assigned in this case for making it is insufficient, as, in the absence of the defendant, it may be made by his attorney or counsel. (*Phillips* v. *Blagge*, 3 *Johns. Rep.* 141.) It appears also that the defendant's attorney was apprised, by the plaintiff's attorney, that he considered the affidavit as insufficient on this account. The motion is denied.

Motion denied.